| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Richardson, Eli J. | 2. Court or Organization<br><br>U.S. District Court for the Middle District of Tennessee | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (active status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States District Court for the Middle District of Tennessee<br>801 Broadway, Suite 824<br>Nashville, Tennessee 37203 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Bass, Berry & Sims PLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Bass, Berry & Sims Retirement & Savings Plan with former law firm, no control |
| 2. | 2010 | Federal Employees Retirement System Basic Benefit annuity; payable as early as age 56 and 6 months |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Basss, Berry & Sims PLC, income from law practice | $604,040.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | self-employed educational consultant |
| 2. 2018 | Cumberland Trust & Investment Company |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fifth Third Bank | Mortgage of rental property, Nashville, TN | M |
| 2. | Nissan Motor Acceptance Corporation | auto loan (exceeding amount of purchase price) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property, Nashville, TN (2017, $318,000) | E | Rent | N | R | | | | | |
| 2. AXA Moderate-Plus Allocation Fund | A | Dividend | J | T | | | | | |
| 3. 529 account: BlackRock Equity Dividend Fund Investor A | | None | | | Redeemed | 08/28/18 | J | A | |
| 4. 529 acct: American Funds Washington Mutual Investors Fund Class 529-A | C | Dividend | L | T | Redeemed (part) | 01/02/18 | K | D | |
| 5. | | | | | Redeemed (part) | 09/14/18 | J | B | |
| 6. AMG/Aston Managers Fairpointe Mid Cap Fund Class I | A | Dividend | J | T | | | | | |
| 7. Brown Capital Small Company Fund Institutional Class | A | Dividend | J | T | Sold (part) | 11/05/18 | J | B | |
| 8. Cohen & Steers Realty Income Fund Institutional Class | A | Dividend | J | T | | | | | |
| 9. Deutsche Enhanced Commodity Strategy Fund Instiutuional Class | A | Dividend | J | T | | | | | |
| 10. Fidelity Advisor Total Bond Fund Class I | A | Dividend | J | T | | | | | |
| 11. FMI International Fund Institutional Class | A | Dividend | J | T | | | | | |
| 12. PIMCO Income Fund Class P | B | Dividend | K | T | | | | | |
| 13. iShares MSCI Eurozone ETF | | None | | | Sold | 05/07/18 | J | B | |
| 14. iShares Core S & P Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 15. iShares Core S & P 500 ETF | B | Dividend | M | T | Sold (part) | 01/22/18 | J | B | |
| 16. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 17. American Funds New World Fund Class F-2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oakmark Select Fund Investor Class | B | Dividend | K | T | | | | | |
| 19. Schwab International Equity ETF | B | Dividend | K | T | | | | | |
| 20. Oakmark International Small-Cap Fund Investor Class | | None | | | Sold | 07/16/18 | J | B | |
| 21. Vanguard Total Bond Market ETF | A | Dividend | K | T | | | | | |
| 22. Northwestern Mutual CompLife Insurance policy | A | Dividend | J | T | | | | | |
| 23. Northwestern Mutual CompLife Insurance policy | A | Dividend | J | T | | | | | |
| 24. Northwestern Mutual 90 Life Insurance policy | A | Dividend | K | T | | | | | |
| 25. Northwestern Mutual 90 Life Insurance policy | A | Dividend | K | T | | | | | |
| 26. Pinnacle Financial Partners Cash Accounts | A | Interest | K | T | | | | | |
| 27. General Money Market Fund Class B | A | Dividend | J | T | Redeemed (part) | 01/22/18 | J | | |
| 28. | | | | | Redeemed (part) | 01/23/18 | J | | |
| 29. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 30. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 31. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 32. | | | | | Redeemed (part) | 07/20/18 | J | | |
| 33. | | | | | Redeemed (part) | 10/22/18 | J | | |
| 34. | | | | | Buy (add'l) | 11/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 05/07/18 | J | | |
| 36. PIMCO Commodities Plus Strategy Fund Class P | B | Dividend | J | T | Buy | 01/22/18 | J | | |
| 37. Goldman Sachs Internation Small Cap Insights Fund | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 38. | | | | | Buy (add'l) | 07/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: My membership in the law firm of Bass, Berry & Sims, PLC was reported because I was a member during (Although not at the end) of the reporting period. In particular, I was a member until October 18, 2018, when I resigned as a member to accept my position as District Judge.

Part VII: The purchase price on Line 1 is correctly stated as $318,000. My last filed report incorrectly stated it as $319,000 due to a scrivener's error.

FINANCIAL DISCLOSURE REPORT

Page 8 of 8

Name of Person Reporting

Richardson, Eli J.

Date of Report

05/14/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eli J. Richardson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544